UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA SUPPORTED EMPLOYMENT; SENECA NICHOLSON; and, ALAN PITTS, <br><br> Plaintiff, <br><br> v. <br><br> NC DEPARTMENT OF HEALTH AND HUMAN SERVICES; DIVISION OF VOCATION REHABILITATION, HENDERSON OFFICE; EDWARD DAVIS; STACY THOMPSON; DIANNE JONES; CYNTHIA ALTON; VICTORIA KLAH; GORDON AGINGU; LINDA PACE; and, VIVIAN PERSON, <br><br> Defendants. | **JUDGMENT** <br><br> No. 5:10-CV-135-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the plaintiffs' motion for emergency preliminary injunction and the memorandum and recommendation issued by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 12, 2010, and for the reasons set forth more specifically therein, that plaintiffs' motion for emergency preliminary injunction is denied and plaintiffs' claims against defendants are dismissed without prejudice. Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 15, 2010, and Copies To:**

North Carolina Supported Employment (via U.S. Mail) - Gateway Community Development
    Corporation, 314 South Garnett Street, Suite 202, Henderson, NC 27536
Seneca Nicholson and Alan Pitts (via U.S. Mail) - 438 Cross Creek Road, Henderson, NC 27537


November 15, 2010                DENNIS P. IAVARONE, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk